IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-203 |
| WENDY D. TILLMAN<br>a/k/a Wendy D. Taylor | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The court file reflecting that service of process has been effected upon defendant **Wendy D. Tillman a/k/a Wendy D. Taylor**, and that defendant has not yet filed any response to the Complaint, it is, this 6th day of April 2000

ORDERED that plaintiff file a motion for entry of default and motion for default judgment or provide a report as to why such a motion would be inappropriate on or before April 20, 2000, 2000.

William M. Nickerson
United States District Judge