IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Court No. WMN-00-00203 |
| Wendy D. Tillman<br>a/k/a Wendy D. Taylor, | : |
| | : |
| Defendant. | |

..............

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded on July 11, 2000, Case# 24-L-00-003636, Receipt# 200000018235, with the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No.24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __14__ day of __August__, 2006, a copy of the foregoing was delivered by first class mail to:

Wendy D. Tillman, a/k/a Wendy D. Taylor
1516 Penrose Avenue
Baltimore, MD 21223

_____
Thomas F. Corcoran
Assistant United States Attorney